RICHARD F. PERRY, Respondent, *v.* WILLIAM B. WRONE, Appellant.

(Argued October 1, 1931; decided October 20, 1931.)

*John J. Scully* for appellant.

*John L. Moore* and *Philip J. Cirillo* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.